# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128934

BEVERLY A. MOORE,
      Plaintiff-Appellant,

v

LISETTE EGAN, BRIAN OBERLY,
PATTY SCHOECK, YVONNE
BROWNLEE, ALICIA HORVATH,
and SISTERS OF BON SECOURS
NURSING CARE CENTER, et al,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128934
COA: 259352
Wayne CC: 04-416248-CD

On order of the Court, the application for leave to appeal the May 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

11121